UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUILLERMO TRUJILLO CRUZ,

        Plaintiff,

   v.

A. ORTIZ,

        Defendant.

Case No. 20-cv-00176-HSG

**ORDER OF DISMISSAL**

Plaintiff, an inmate at Deuel Vocational Institution, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  Dkt. No. 1.  On March 9, 2020, the Court denied plaintiff leave to proceed *in forma pauperis* pursuant to the three-strikes provision of 28 U.S.C. § 1915(g), and ordered plaintiff to pay the $400 filing and administrative fee in full by April 6, 2020 or face dismissal of this action.  Dkt. No. 6.  The deadline to pay the filing fee in full has passed, and plaintiff has neither paid the filing fee nor otherwise communicated with the Court.  Accordingly, this action is DISMISSED without prejudice to re-filing upon payment of the full filing fee.

**IT IS SO ORDERED.**

Dated: 4/29/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge