UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ, | Case No. 20-cv-00176-HSG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| A. ORTIZ, | |
| Defendant. | |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. Judgment shall be entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 4/29/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge